IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| PHILLIP MARTIN, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. CIV-06-1117-D |
| ) | |
| CORNELL COMPANIES, INC., ) | |
| ) | |
| Defendant. ) | |

**O R D E R**

This matter is before the Court for review of the Report and Recommendation issued by United States Magistrate Judge Robert E. Bacharach [Doc. 84], which recommends dismissal without prejudice of defendants named in the Complaint who have not been served with process. Judge Bacharach advised the parties of the right to object by January 17, 2008, but the record reflects no written objection by any party. Thus, further review is waived.

IT IS THEREFORE ORDERED that all claims brought by Plaintiff against Defendants David Cornell, Cornell Medical Provider for CCI, Jane Doe Health Services Supervisor, and Agents and Servants of CCI are dismissed without prejudice. This case will be set for a status/scheduling conference to determine appropriate pretrial deadlines regarding Plaintiff's remaining claims.

IT IS SO ORDERED this 8th day of February, 2008.

_____
TIMOTHY D. DEGIUSTI
UNITED STATES DISTRICT JUDGE